PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
Clayton T. Cook (SBN 260891)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:   (530) 889-4044
Facsimile:    (530) 889-4069

Attorneys for Defendants PLACER COUNTY, KEN ADDISON, and MATT HARDCASTLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MALOTT, | Case No. 2:14-cv-01040-KJM-EFB |
| Plaintiff | STIPULATION TO SHORTEN TIME TO HEAR DEFENDANT KEN ADDISON'S MOTION FOR PROTECTIVE ORDER; [~~PROPOSED~~] ORDER |
| v. | |
| PLACER COUNTY, NEVADA COUNTY; SACRAMENTO COUNTY; Placer County Sheriff's Deputy KEN ADDISON; Sacramento County Sheriff's Department Deputy JAVIER BUSTAMANTE; Nevada County Sheriff's Department Deputy DAVE DEVOGELAIRE; Sacramento County Sheriff's Department Deputy DARIN EPPERSON; Placer County Sheriff's Department Detective MATT HARDCASTLE; Sacramento County Sheriff's Department Detective MICHELLE HENDRICKS; Sacramento County Sheriff's Department Sheriff SCOTT JONES; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Whereas, Plaintiff Richard Malott, Defendants Placer County, Matt Hardcastle, Ken Addison, Sacramento County, Darin Epperson, Javier Bustamante, Michelle Hendricks and Scott Jones have agreed to hear Defendant Ken Addison's motion for a protective order on shortened time;

1 Whereas, Defendant Ken Addison has indicated that his motion for a protective order will be a request to have his deposition stenographically recorded and/or audio recorded, but not video recorded since he performs undercover activities for the Placer County Sheriff's Office and the use of video recording has the potential to impact his personal safety;

Whereas, this stipulation is necessary and in the interest of justice because the standard noticing period for a motion for a protective order would require a hearing after the scheduled date of Defendant Ken Addison's deposition on March 8, 2017;

Whereas, re-scheduling Defendant Ken Addison's deposition for a later date would create significant other scheduling issues since Plaintiff is interested in having the deposition occur before the schedule settlement conference on March 9, 2017;

Whereas, the parties agree to file their joint statement regarding the dispute by 12:00 p.m. on Friday, February 24, 2017;

Whereas, the parties are also agreeable to having the motion heard by telephone should that fit better on the judge's calendar;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that Defendant Ken Addison's motion for a protective order should be heard on shortened time on a date and time permitted by this Court, but before the date of Ken Addison's scheduled deposition on March 8, 2017.

Dated:  February 21, 2017          PLACER COUNTY COUNSEL'S OFFICE

                                   */s/ Clayton T. Cook*
                               By: _____
                                   CLAYTON T. COOK
                                   Attorney for Defendants PLACER
                                   COUNTY, KEN ADDISON, and MATT
                                   HARDCASTLE

Dated:  February 21, 2017          LAW OFFICE OF STEWART KATZ

                                   */s/Stewart Katz*
                               By: _____
                                   STEWART KATZ
                                   Attorney for Plaintiff
                                   RICHARD MALOTT

2

Stipulation to Shorten Time to Hear Motion for Protective Order; [Proposed] Order

Dated: February 21, 2017						CREGGER & CHALFANT LLP

									By:  */s/ Robert L. Chalfant*
									ROBERT L. CHALFANT
									Attorney for Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF SCOTT JONES, DEPUTY JAVIER BUSTAMANTE; DETECTIVE MICHELLE HENDRICKS; DEPUTY DARIN EPPERSON

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that Defendant Ken Addison's motion for protective order (ECF No. 103) be heard on shortened time and that the hearing occur on March 1, 2017 at 10:00 a.m. in Courtroom No. 8. The parties' shall file their joint statement by no later than 12:00 p.m. on February 24, 2017.

IT IS SO ORDERED.

Dated: February 23, 2017.

									EDMUND F. BRENNAN
									UNITED STATES MAGISTRATE JUDGE