PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
Clayton T. Cook (SBN 260891)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants PLACER COUNTY, KEN ADDISON, and MATT HARDCASTLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MALOTT, <br><br> Plaintiff <br><br> v. <br><br> PLACER COUNTY; SACRAMENTO COUNTY; Placer County Sheriff's Deputy KEN ADDISON; Sacramento County Sheriff's Department Deputy JAVIER BUSTAMANTE; Sacramento County Sheriff's Department Deputy DARIN EPPERSON; Placer County Sheriff's Department Detective MATT HARDCASTLE; Sacramento County Sheriff's Department Detective MICHELLE HENDRICKS; Sacramento County Sheriff's Department Sheriff SCOTT JONES; and DOES 1 through 15 and 21 through 25, inclusive, <br><br> Defendants. | Case No. 2:14-cv-01040-KJM-EFB <br><br> **[PROPOSED] SUMMARY ORDER FOR DEFENDANT KEN ADDISON'S MOTION FOR PROTECTIVE ORDER** <br><br> Date:  March 1, 2017 <br> Time:  10:00 a.m. <br> Courtroom:  8 <br> Judge:  Hon. Edmund F. Brennan |

///

///

///

///

1

[PROPOSED] SUMMARY ORDER FOR DEFENDANT KEN ADDISON'S MOTION FOR PROTECTIVE ORDER

1  Defendant Ken Addison moved this Court for an order stating that Defendant Ken Addison's
2  deposition shall not be video recorded, but that it may be stenographically and/or audio recorded.
3  On March 1, 2017, the Court having considered the papers on request, the Joint Statement of
4  the parties, oral argument made by counsel for each party, and good cause appearing therefor,
5  IT IS ORDERED that Defendant Ken Addison's motion for protective order (ECF No. 103)
6  is hereby GRANTED. Defendant Ken Addison's deposition shall not be video recorded, but may be
7  stenographically and/or audio recorded.

Dated:  March 6, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE