CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443

Attorneys for Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF SCOTT JONES; DEPUTY JAVIER BUSTAMANTE; DETECTIVE MICHELLE HENDRICKS; DEPUTY DARIN EPPERSON

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: 916.444-5678

Attorneys for Plaintiff RICHARD MALOTT

PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey, SBN 109329
Clayton T. Cook, SBN 260891
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: 530.889-4044
Attorneys for Defendants PLACER COUNTY, KEN ADDISON, MATT HARDCASTLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MALOTT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PLACER COUNTY; et al.,<br><br>　　　　Defendants. | No.: 2:14-cv-01040 KJM EFB<br><br>**STIPULATION RE: EXTENSION TO FILE DISMISSAL DOCUMENTS, ORDER** |

　　　　WHEREAS On April 25, 2014 an action was commenced in the United States District Court, Eastern District of California entitled, Richard Malott, Plaintiff, v. Placer County, et al., Defendants, Case No. 2:14-cv-01040;

CREGGER & CHALFANT, LLP.
701 University Ave.,#110
Sacramento, CA  95825
(916) 443-4443

STIPULATION
Case No. 2:14-cv-01040 KJM EFB

1

WHEREAS On March 9, 2017 the parties attended a settlement conference before the Honorable Magistrate Judge Kendall Newman, and a settlement was reached by all parties.

WHEREAS pursuant to said settlement, dispositional documents were to be filed within 60 days.

WHEREAS on May 4, 2017 the settlement check issued by the County of Sacramento was delivered to defense counsel, and after review, was determined to have been made out incorrectly.

WHEREAS Plaintiff's counsel was notified and asked that the settlement draft be corrected.

WHEREAS the County of Sacramento is currently re-processing the settlement draft and expects to have the correction made by May 22nd.

THEREFORE, the parties hereby stipulate by and through their counsel of record as follows:

1. That the deadline to file disposition documents be extended until May 22, 2017.

IT IS SO STIPULATED.

DATE: May 8, 2017                    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF SCOTT JONES; DEPUTY JAVIER BUSTAMANTE; DETECTIVE MICHELLE HENDRICKS; DEPUTY DARIN EPPERSON

DATE: May 8, 2017                    PLACER COUNTY COUNSEL'S OFFICE

/s/ Clayton Cook
CLAYTON COOK
Attorneys for Defendants PLACER COUNTY; SACRAMENTO COUNTY; KEN ADDISON; MATT HARDCASTLE

CREGGER & CHALFANT, LLP.
701 University Ave.,#110
Sacramento, CA 95825
(916) 443-4443

STIPULATION
Case No. 2:14-cv-01040 KJM EFB

2

DATE: May 8, 2017                    LAW OFFICE OF STEWART KATZ

                                     /s/ Stewart Katz
                                     STEWART KATZ
                                     Attorneys for Plaintiff RICHARD MALOTT

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, the Court orders that the deadline to file disposition documents be extended until May 22, 2017.

IT IS SO ORDERED.

Dated: May 8, 2017

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave.,#110
Sacramento, CA  95825
(916) 443-4443

STIPULATION
Case No. 2:14-cv-01040 KJM EFB

3